In the Matter of PAUL KAIRIS, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Whalen and DeJoseph, JJ.

TEHAN'S CATALOG SHOWROOMS, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 117360.) (Appeal No. 1.) [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Whalen and DeJoseph, JJ.

TEHAN'S CATALOG SHOWROOMS, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 117360.) (Appeal No. 2.) [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Whalen and DeJoseph, JJ.

APRIL M. WILLIAMS, Respondent-Appellant, v CHARLES A. FASSINGER et al, Appellants-Respondents. (Appeal No. 1.) [993 NYS2d 523]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Peradotto and Valentino, JJ.

In the Matter of OBSESSION BAR AND GRILL, INC., et al., Respondents, v ZONING BOARD OF APPEALS OF CITY OF ROCHESTER et al., Appellants. [993 NYS2d 523]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Peradotto and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HASSETT, Appellant. [993 NYS2d 523]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Peradotto and Lindley, JJ.

In the Matter of JOY ARBOGAST, Petitioner, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, SPECIAL HEARING BUREAU, Respondent. [993 NYS2d 522]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Carni, Lindley and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. MILLER, Appellant. [993 NYS2d 524]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLER T. CODY, Appellant. [992 NYS2d 915]—Motion to dismiss granted. Memorandum: The matter is remitted to Monroe